IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br> Defendants. | **ORDER GRANTING MOTION TO SEAL CERTAIN EXHIBITS TO COMPLAINT** |

Currently before the Court is Plaintiffs' Motion to Seal Certain Exhibits to Complaint. Specifically, Plaintiffs have asked the Court to seal Exhibits 8 and 14-22 to the Complaint filed in this matter. The Court has reviewed Plaintiffs' Motion and the materials that Plaintiffs request to be sealed. The Court notes that the materials that Plaintiffs request to be sealed consist of medical records that must be submitted under seal pursuant to Local Civil Rule 26.1(a)(1). It appears to the Court that Plaintiffs have given adequate public notice of their request and have otherwise complied with the requirements of Local Civil Rule 79.2 and Section G(1) of the ECM Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal Certain Exhibits to Complaint is hereby GRANTED and it is hereby ORDERED that Exhibits 8 and 14-22 to the Complaint be maintained under seal until further order of the Court.

This, the 3rd day of August, 2018,

_____
United States District Court Judge