IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>    Plaintiffs,<br> v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>    Defendants. | **ORDER GRANTING JOINT MOTION TO CLARIFY CONSENT PROTECTIVE ORDER** |

Currently before the Court is the parties' Joint Motion to Clarify the Consent Protective Order. Specifically, the parties have asked the Court clarify that the Certification attached to the Consent Protective Order may be signed in the virtual presence (as opposed to the physical presence) of an attorney in this matter. The Court finds good cause to allow the requested relief. Accordingly, the parties' Joint Motion to Clarify the Consent Protective Order is hereby GRANTED. The Court hereby confirms that the Certification attached to the Consent Protective Order may be signed in the virtual presence (as opposed to the physical presence) of an attorney in this matter.

This, the 17th day of June, 2019.

_____
United States District Court Judge