IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br> Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked that the deposition testimony of Ruth White, submitted as Exhibit 3 in connection with Plaintiffs' Notice of Filing, be maintained under seal.

The Court notes that the materials that Plaintiffs request to be sealed consist of deposition testimony and that testimony is to be treated as CONFIDENTIAL. As the materials were submitted to the Court in connection with discovery motions, there is no public right of access. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual.

Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibit 3 to Plaintiffs' Notice of Filing be maintained under seal until further order of the

Court. Plaintiffs are instructed to file in the public record any material that is not designated confidential by any party upon receipt of notice of any such designations.

This, the 7th day of August, 2019.

_____
United States District Court Judge