IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br> Plaintiffs, <br><br> vs. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br> Defendants, | **ORDER GRANTING DEFENDANT ZOE BEATTY, M.D.'S MOTION TO SEAL DOCUMENTS IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Based on the foregoing Zoe Beatty, M.D.'s Motion to Seal Documents in Support of her Motion for Partial Summary Judgment, pursuant to Local Civil Rule 79.2 of the United States District Court for the Eastern District Court of North Carolina and the Consent Protective Order [DE 38] entered in this case, it is therefore ORDERED that Dr. Beatty's Statement of Material Facts, Appendix thereto, including the deposition testimony of Zoe Beatty, MD (March 6, 2019), Elizabeth Loboa (March 29, 2019), Marvin Todd Ridgeway (March 19, 2019), and Colin Duggan (August 28, 2019), and Memorandum in Support of her Motion for Partial Summary Judgment, are hereby allowed to be filed under seal until such time as it is ordered unsealed by the Court.

This the 17th day of September, 2021.

_____
UNITED STATES EASTERN DISTRICT COURT JUDGE