IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>    Defendants. | **ORDER GRANTING MOTION TO SEAL** |

    Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Deposition Exhibit 8, Deposition Exhibit 118, and portions of Elizabeth Loboa's deposition testimony, submitted in connection with Plaintiffs' three briefs: (1) brief in support of the Motion *in Limine* to Limit the Report and Testimony of Charles Harris, M.D.; (2) brief in support of the Motion *in Limine* to Limit the Report and Testimony of Richard Rauck, M.D.; and (3) brief in support of the Motion *in Limine* to Limit the Report and Testimony of Lauren Wheeler, M.D. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Deposition Exhibit 8, Deposition Exhibit 118, and portions of Elizabeth Loboa's deposition testimony, that were submitted in connection with Plaintiffs' three briefs in support of Plaintiffs' motions *in limine*, be maintained under seal until further order of the Court.

This, the 17 day of September, 2021.

_____
United States District Court Judge