IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>Plaintiffs,<br><br>v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal portions of the Plaintiffs' Brief in Support of Motion for Partial Summary Judgment Related to the Medical Negligence and Gross Negligence of Tara Semler and for the Vicarious Liability of Women's Health Alliance for the Actions of Tara Semler and Zoe Beatty that quote from sealed, confidential documents. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED those portions of the Plaintiffs' Brief in Support of Motion for Partial Summary Judgment Related to the Medical Negligence and Gross Negligence of Tara Semler and for the Vicarious Liability of Women's Health Alliance for the Actions of Tara Semler and Zoe Beatty that quote from sealed, confidential documents, be maintained under seal until further order of the Court.

This, the 17 day of September, 2021.

                                                       United States District Court Judge