IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>       Plaintiffs,<br><br>    v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>       Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Exhibits 1, 2, 3, 7, and 13, submitted in connection with the contemporaneously-filed Motion to Redesignate Roger K. Pitman, M.D. as a Case-in-Chief Expert Witness. Additionally, Plaintiffs ask the Court to seal portions of the brief in support of this Motion to Redesignate that quote from or reveal the substance of these Exhibits. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibits 1, 2, 3, 7, and 13 that were submitted in connection with the Motion to Redesignate Roger K. Pitman, M.D. as a Case-in-Chief Expert Witness, as well as the portions of the brief in support of that Motion to Redesignate that quote from or reveal the substance of the Exhibits, be maintained under seal until further order of the Court.

This, the 17 day of September, 2021.

*[signature]*

United States District Court Judge