IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br> Plaintiffs, <br><br> v. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br> Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Exhibits 12, 13, 35, 37, 38, 46, 47, 48, 49, 50, 51, and 53, submitted in connection with the Statements of Undisputed Facts and supporting Appendix Part 2 and Appendix Part 4. Additionally, Plaintiffs asked the Court to seal portions of the Statement of Undisputed Facts that quote from or reveal the substance of these documents. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibits 12, 13, 35, 37, 38, 46, 47, 48, 49, 50, 51, and 53, that were submitted in connection with Appendix Part 2 and Appendix Part 4, as well as the portions of the Statement of Undisputed Facts that quote or reveal the substance of the documents, be maintained under seal until further order of the Court.

This, the 17 day of September, 2021.

                                              */s/ Louis W. Flanagan*
                                              United States District Court Judge