IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:18-cv-00329-FL

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br> Plaintiffs, <br><br> vs. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br> Defendants, | **ORDER ALLOWING DEFENDANT ZOE BEATTY, M.D.'S MOTION TO SEAL DOCUMENTS IN SUPPORT OF HER BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO REDESIGNATE ROGER K. PITMAN, M.D. AS A CASE-IN-CHIEF EXPERT** |

Based on the foregoing Motion to Seal Documents in Support of Defendant Beatty's Brief in Opposition to Plaintiffs' Motion to Redesignate Roger K. Pitman, M.D., as a Case-In-Chief Expert, pursuant to Local Rule 26.1(a)(1), and the Consent Protective Order entered in this matter (DE 38) it is therefore ORDERED that the February 23, 2021 e-mail discussing portions of Dr. Roger K. Pitman's Expert Report, designated as confidential by Plaintiffs, is hereby allowed to be filed under seal until such time as it is ordered unsealed by the Court.

This the 17th day of September, 2021.

_____
UNITED STATES EASTERN DISTRICT COURT JUDGE