IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>Plaintiffs,<br><br>v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Exhibits 5, 7, 8, and 9, submitted in connection with Plaintiffs' Response in Opposition to Motion to Strike Dr. Modjoros (Dkt. 241) and Exhibit 10 submitted in connection with Plaintiffs' Response in Opposition to the Motion to Exclude John Banja, PhD and Lawrence Wolpert, PhD and to Limit the Testimony of Anjay Khandelwal, M.D. (Dkt. 242). Additionally, Plaintiffs asked the Court to seal portions of Plaintiffs' Response in Opposition to Motion to Strike Dr. Modjoros (Dkt. 241) that quote from or reveal the substance of these documents. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibits 5, 7, 8, 9, and 10 as well as the portions of Plaintiffs' Response in Opposition to Motion to Strike Dr. Modjoros that quote or reveal the substance of the documents, be maintained under seal until further order of the Court.

This, the 20 day of September, 2021.

                                                                           _____
                                                                         United States District Court Judge