IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

ELIZABETH LOBOA and M. TODD RIDGEWAY,

  Plaintiffs,

  v.

WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,

  Defendants.

**ORDER GRANTING MOTION TO SEAL**

  Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Exhibits 1, 2, 3, 17, 18, 19, 20, and 25 submitted in connection with Plaintiffs' Responsive Appendix. Additionally, Plaintiffs asked the Court to seal portions of Plaintiffs' Response to UWH of North Carolina, LLP and Atrium Obstetrics & Gynecology's Motion for Partial Summary Judgment; Plaintiffs' Response to Dr. Beatty's Motion for Partial Summary Judgment; Plaintiffs' Response to Ms. Semler's Motion for Partial Summary Judgment; Plaintiffs' Response to Defendants UWH of North Carolina, LLP and Atrium Obstetrics & Gynecology's Statement of Material Facts; Plaintiffs' Response to Dr. Beatty's Statement of Material Facts; Plaintiffs' Response to Tara Semler's Statement of Material Facts that quote from or reveal the substance of these documents. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibits 1, 2, 3, 17, 18, 19, 20, and 25, as well as the portions of Plaintiffs' Response to Dr. Beatty's Statement of Material Facts;

Plaintiffs' Response to Tara Semler's Statement of Material Facts; Plaintiffs' Response to Defendants UWH of North Carolina, LLP and Atrium Obstetrics & Gynecology's Statement of Material Facts; Plaintiffs' Response to Dr. Beatty's Motion for Partial Summary Judgment; Plaintiffs' Response to Ms. Semler's Motion for Partial Summary Judgment; and Plaintiffs' Response to UWH of North Carolina, LLP and Atrium Obstetrics & Gynecology's Motion for Partial Summary Judgment that quote or reveal the substance of the documents, be maintained under seal until further order of the Court.

This, the 20 day of September, 2021.

*Louise W. Flanagan*
United States District Court Judge