IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:18-cv-00329-FL

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, | ) ) ) ) ) ) ) |
| Defendants, | ) |

**ORDER GRANTING DEFENDANT ZOE BEATTY, M.D.'S MOTION TO SEAL RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS**

Based on the foregoing Zoe Beatty, M.D.'s Motion to Seal her Response to Plaintiffs' Statement of Material Facts, pursuant to Local Civil Rule 79.2 of the United States District Court for the Eastern District of North Carolina and the Consent Protective Order [DE 38] entered in this case, it is therefore ORDERED that Dr. Beatty's Response to Plaintiffs' Statement of Material Facts are hereby allowed to be filed under seal until such time as it is ordered unsealed by the court.

This the 20th day of September, 2021.

_____
UNITED STATES EASTERN DISTRICT COURT JUDGE