IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

ELIZABETH LOBOA and M. TODD RIDGEWAY,

      Plaintiffs,

  v.

WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,

      Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal Exhibits 1, 2, 5, 6, 7, and 8 submitted in connection with Plaintiffs' Reply in Further Support of Motion to Limit the Report and Testimony of Richard Rauck, M.D. Additionally, Plaintiffs asked the Court to seal portions of Plaintiffs' Reply in Further Support of Motion to Limit the Report and Testimony of Richard Rauck, M.D. that quote from or reveal the substance of these documents. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Exhibits 1, 2, 5, 6, 7, and 8, as well as the portions of Plaintiffs' Reply in Further Support of Motion to Limit the Report and Testimony of Richard Rauck, M.D. that quote or reveal the substance of the documents, be maintained under seal until further order of the Court.

This, the 4 day of January, 2022.

_____
United States District Court Judge