IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY, <br><br>     Plaintiffs, <br><br>   v. <br><br> WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER, <br><br>     Defendants. | **ORDER GRANTING MOTION TO SEAL** |

Currently before the Court is the Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to seal certain portions of Plaintiffs' Reply of Additional Facts in Response to Defendants Women's Health Alliance, UWH of North Carolina, LLP, and Tara Semler that quote from confidential deposition testimony and medical records. It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Motion to Seal is hereby GRANTED and it is hereby ORDERED that Plaintiffs' Reply of Additional Facts in Response to Defendants Women's Health Alliance, UWH of North Carolina, LLP, and Tara Semler that quote from confidential deposition testimony and medical records, be maintained under seal until further order of the Court.

This, the 20 day of January , 2022.

_____
United States District Court Judge