IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>Plaintiffs,<br><br>v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS ATRIUM OBSTETRICS & GYNECOLOGY, UWH OF NORTH CAROLINA, LLP, AND TARA SEMLER'S MOTION TO SEAL THEIR LOCAL RULE 56.1(a)(2) STATEMENT OPPOSING PLAINTIFFS' LOCAL RULE 56.1(a)(1) STATEMENT OF UNDISPUTED FACTS** |

This matter comes before the Court upon the Motion of Defendants Women's Health Alliance, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology) ("Atrium"), UWH of North Carolina, LLP ("UWH"), and Tara Semler (collectively the "moving Defendants"), filed 22nd December, 2021, requesting an order allowing them to file their Local Rule 56.1(a)(2) Statement Opposing Plaintiffs' Local Rule 56.1(a)(1) Statement of Undisputed Facts, as well as any exhibits attached thereto, under seal.

The Court finds that good cause exists for this motion. Accordingly, this motion is allowed.

This the 20 day of January, 2022.

_____
Louise W. Flanagan
United States District Court Judge