IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No: 5:18-cv-00329

| | |
|---|---|
| ELIZABETH LOBOA and M. TODD RIDGEWAY,<br><br>  Plaintiffs,<br><br>  v.<br><br>WOMEN'S HEALTH ALLIANCE, P.A. (formerly Atrium Obstetrics & Gynecology, P.A. and currently d/b/a Atrium Obstetrics & Gynecology), UWH OF NORTH CAROLINA, LLP, ZOE BEATTY, M.D. (a/k/a Zoe Pietrus), and TARA SEMLER,<br><br>  Defendants. | **ORDER GRANTING OBJECTION<br>AND<br>MOTION TO SEAL** |

Currently before the Court is the Objection and Motion to Seal of Plaintiffs Elizabeth Loboa and M. Todd Ridgeway ("Plaintiffs"). Specifically, Plaintiffs have asked the Court to maintain under seal Defendants Women's Health Alliance, UWH of North Carolina, LLP, and Tara Semler's <u>Corrected</u> Local Rule 56.1(a)(2) Statement Contesting Plaintiffs' Local Rule 56.1(a)(1) Statement of Undisputed Facts, (Dkt. 310-1). It appears to the Court that Plaintiffs have complied with the requirements of Local Civil Rule 79.2 and Section V.G(1) of the ECF Administrative Policies and Procedures Manual. Accordingly, Plaintiffs' Objection and Motion to Seal is hereby GRANTED and it is hereby ORDERED that Defendants Women's Health Alliance, UWH of North Carolina, LLP, and Tara Semler's <u>Corrected</u> Local Rule 56.1(a)(2) Statement Contesting Plaintiffs' Local Rule 56.1(a)(1) Statement of Undisputed Facts, (Dkt. 310-1), be maintained under seal until further order of the Court.

This, the 3rd day of February, 2022.

_____
United States District Court Judge